# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 30, 2008

135807 & (57)(58)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

DAVID JAMES HALL,
      Defendant-Appellee.

SC: 135807
COA: 271409
Wayne CC: 05-012754-01

_____/

On order of the Court, the application for leave to appeal the January 24, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motions to affirm and for bond pending appeal are DENIED.

CORRIGAN, J., would reverse the judgment of the Court of Appeals and reinstate the defendant's conviction, for the reasons stated in the Court of Appeals dissenting opinion.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 30, 2008

t0423

_____
Clerk